UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SAMNANG NOUN, | ) | |
| Petitioner, | ) ) | Case No.   CV 10-9810-RGK (AJW) |
| vs. | ) ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | ) ) ) | JUDGMENT |
| Respondents. | ) ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: FEB 10 2011

R. Gary Klausner
United States District Judge